**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| ALEXANDER SIMONE LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:08-CV-00683-HEA |
| | ) |
| JOHN FRANK, *et al.* | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' SUPPLEMENTAL RESPONSE TO
MOTION TO QUASH SERVICE (DOC. NO. 14)**

Defendants in the above-styled cause recently sought by subpoena served on the St. Louis Circuit Attorney's Office, the criminal case file in *State of Missouri v. Alexander Lewis*, Case No. 051-1693. Jim Michaels from the Circuit Attorney's Office subsequently filed a motion to quash this subpoena (Doc. No. 14).

The undersigned conferred with Mr. Jim Michaels on Wednesday, June 3, 2009, in an effort to conciliate their differences. Pursuant to that phone conversation, a resolution was reached. The terms of that resolution were communicated with plaintiff's counsel. Defendants now request to withdraw their request by subpoena, in its entirety, for this criminal case file.

1

Respectfully submitted,

CHRIS KOSTER
Attorney General

*/s/ Diane Peters*
DIANE PETERS
Assistant Attorney General
Diane Peters Bar Number: 54784
Attorneys for defendants Frank, Daut, Martin, Favazza, and Burle
Missouri Attorney General's Office
P.O. Box 899
Jefferson City, MO 65102
Telephone: (573)751-8834
Fax: (573)751-9456
diane.peters@ago.mo.gov

## **CERTIFICATE OF SERVICE**

I hereby certify on June 4, 2009, the foregoing was filed electronically with the Clerk of the Court, and by operation of the Court's CM/ECF system, sent to:

Larry D. Hale
Hale Law Firm
1221 Locust Street
Suite 310
St. Louis, Missouri 63103
Phone: 314-231-3168
Email: halefirm@aol.com

and

James Michaels
Assistant Circuit Attorney
ST. LOUIS CIRCUIT ATTORNEYS OFFICE
1114 Market Street
Room 401
St. Louis , MO 63101
314-622-4941
Fax: 314-613-3105
Email: michaelsj@stlouiscao.org

*/s/ Diane Peters*
Diane Peters Bar Number: 54784
Attorney for defendants Frank, Daut, Martin, Favazza, and Burle
Missouri Attorney General's Office
P.O. Box 899
Jefferson City, Missouri 65102
Telephone: (573)751-8834