IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ALEXANDER SIMONE LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No. 4:08CV683HEA |
| SGT. JOHN FRANK, et al., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' PROPOSED STIPULATIONS OF FACT[1]

1. Plaintiff Alexander Lewis is a resident of the State of Oregon in the City of Portland.

2. Defendants are police officers of the St. Louis Metropolitan Police Department.

3. The incident at issue occurred in the City of St. Louis.

                                          Respectfully submitted,

                                          **CHRIS KOSTER**
                                          Attorney General

                                          */s/ Robert J. Isaacson*
                                          Robert J. Isaacson
                                          Assistant Attorney General
                                          No. 3327
                                          Post Office Box 861
                                          St. Louis, Missouri  63188
                                          (314) 340-7861 (Telephone)
                                          (314) 340-7029 (Facsimile)
                                          *Attorneys for Defendants*

---

[1] Defendants' counsel sent this statement to Plaintiff for comments but has received no response to date.

1

## CERTIFICATE OF SERVICE

A copy of the foregoing was mailed, first class, postage prepaid this 10th day of September, 2010 to the following:

Alexander Lewis
6710 Northeast Garfield Avenue
Portland, Oregon 97211


                    */s/ Robert J. Isaacson*