IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ALEXANDER SIMONE LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No. 4:08CV683HEA |
| SGT. JOHN FRANK, et al., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' LIST OF EXHIBITS

Defendants John Frank, Patrick Daut, Ronald D. Martin, Thomas Favazza and Steven M. Burle ("Defendants") may introduce the following exhibits at trial:

D-A.   Photograph of Plaintiff-front view

D-B.   Photograph of Plaintiff-side view

D-C.   Refusal of medical care form

D-D.   St. Louis Housing Authority Bar and Ban policy

D-AA.  CV of Dr. Raymond Cohen, D.O.

D-BB.  St. Louis University Hospital Medical Records, authenticated pursuant to Fed.R.Evid. 902(11).

D-CC.  CMS medical records.

D-DD.  Copies of LID photos

D-EE.  Prescription forms

D-FF.  Photographs of Plaintiff

D-GG.  Records from Wilson Ear clinic

1

Defendants reserve the right to introduce exhibits identified in Plaintiff's exhibit list and to introduce additional exhibits in response to the evidence presented by Plaintiff at trial.

        Respectfully submitted,

        **CHRIS KOSTER**
        Attorney General

        */s/ Robert J. Isaacson*
        Robert J. Isaacson
        Assistant Attorney General
        No. 3327
        Post Office Box 861
        St. Louis, Missouri  63188
        (314) 340-7861 (Telephone)
        (314) 340-7029 (Facsimile)
        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

A copy of the foregoing was mailed, first class, postage prepaid this 10th day of September, 2010 to the following:

Alexander Lewis
6710 Northeast Garfield Avenue
Portland, Oregon 97211

        */s/ Robert J. Isaacson*