**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **ALEXANDER SIMONE LEWIS,** | } | |
| | } | |
| Plaintiff, | } | |
| | } | |
| V. | } | CAUSE NO. 4:08-cv-683 (HEA) |
| | } | |
| **SGT. JOHN FRANK,** *et al.,* | } | |
| | } | JURY TRIAL |
| Defendants. | } | DEMANDED |

**ENTRY OF APPEARANCE**

Rufus J. Tate, Jr., hereby enters as co-counsel for plaintiff, Alexander Simone Lewis.

Respectfully submitted,

THE TATE LAW FIRM, LLC

/s/ Rufus J. Tate, Jr.
Rufus J. Tate, Jr. 56733
7751 Carondelet, Suite 803
Clayton, MO 63105-3369
314.726.6495 Office
314.726.0424 Fax
tatelawfirm@aol.com
*Co-Counsel for Plaintiff*

**Certificate of Service**

I hereby certify that on September 16, 2010, I delivered by CM/ECF an exact duplicate of the foregoing Entry of Appearance to:

> Robert J. Isaacson, Esq.
> Office of the Missouri Attorney General
> 815 Olive Street
> St. Louis, MO 63101
> 314.340.7861 Office
> 314.340.7029 Fax

1