**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **ALEXANDER SIMONE LEWIS** | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )   **Case No. 4:08 – CV-00683HEA** |
| | ) |
| | ) |
| **JOHN FRANK, et al.** | ) |
| **Defendants** | ) |

## ENTRY OF APPEARANCE AS CO-COUNSEL

COMES NOW, Celestine Dotson and enters her appearance as Co-Counsel on

behalf of the Plaintiff , Alexander Simone Lewis.


Respectfully submitted this
16th day of September, 2010

/s/ Celestine Dotson_____
Celestine Dotson #50633
Law Office of Celestine
300 N. Tucker #301
Saint Louis, Missouri 63101
314.454.6543
314.241.4943 facsimile
celestine-dotson@sbcglobal.net

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing was served electronically to the following party on the 16th day of September, 2010, via the CM/ECF system.

Office of the Missouri Attorney General

/s/  Celestine Dotson
Celestine Dotson