IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ALEXANDER SIMONE LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 4:08CV683HEA |
| SGT. JOHN FRANK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S LIST OF EXHIBITS**

Plainitff, Alexander Lewis, may introduce the following exhibits at trial:

P-1   Taser log for TASER gun assigned to Thomas Favazza on or about 5-18-2005.

P-2   Group exhibit of photos reflecting plaintiff's bodily injuries and permanent scarring (previously disclosed by defendant)

P-3   Group exhibit of Plaintiffs medical records from SLU and CMS.

P-4   STLMPD communications log reflecting the name and warrant checks run by defendants on or about 5-18-05.

Plaintiff reserves the right to introduce any exhibits reflected in the exhibits identified by the defendants and to introduce additional exhibits in response to the evidence presented by Defendants at trial.

Respectfully submitted,

| LAW OFFICE OF CELESTINE DOTSON, LLC. | THE TATE LAW FIRM, LLC |
|---|---|
| /s/ Celestine Dotson | /s/ Rufus J. Tate, Jr. |
| Celestine Dotson, MO50633 | Rufus J. Tate, Jr. MO46993 |
| 300 North Tucker St., Ste.301 | 7751 Carondelet, Suite 803 |
| St. Louis, MO  63101 | St. Louis, MO 63105-3369 |
| (314) 454-6543 | 314.726.6495 Office |
| (314) 241-4943 | 314.726.0424 Fax |
| celestine-dotson@sbcglobal.net | tatelawfirm@gmail.com |