UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ALEXANDER SIMONE LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:08CV683 HEA |
| | ) | |
| JOHN FRANK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The Court having been advised by counsel that this action has been settled,

**IT IS HEREBY ORDERED** the trial setting is vacated and all pending motions are denied without prejudice.

**IT IS FURTHER ORDERED** counsel shall file within thirty (30) days of the date of this Order a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment. Failure to timely comply with this order shall result in the dismissal of this action with prejudice.

Dated this 17th day of May, 2011.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE