IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ALEXANDER SIMONE LEWIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 4:08CV683HEA |
| SGT. JOHN FRANK, et al., ) | |
| ) | |
| Defendants. ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Alexander Lewis and Defendants John Frank, Patrick Daut, Thomas Favazza and Steven M. Burle hereby stipulate to the dismissal of all claims in this cause of action with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), with each party to pay their own costs.

Respectfully submitted,

**CHRIS KOSTER**
Attorney General

*/s/ Robert J. Isaacson*
Robert J. Isaacson
Assistant Attorney General
No. 38361
Post Office Box 861
St. Louis, Missouri  63188
(314) 340-7861 (Telephone)
(314) 340-7029 (Facsimile)
*Attorneys for Defendants*

1

      /s/  Celestine Dotson  
Celestine Dotson  
300 N. Tucker #301  
St. Louis, Missouri 63101  
*Attorney for Plaintiff*

      /s/  Rufus J. Tate Jr.  
Rufus J. Tate, Jr.  
7751 Carondelet, Suite 803  
Clayton, MO 63105-3369  
*Attorney for Plaintiff*

      /s/ Anthony D. Gray  
Anthony Gray  
7710 Carondelet, Suite 303  
Clayton, MO 63105  
*Attorney for Plaintiff*